Exhibit A
Invoice

THE LAW OFFICES OF CARYL ANDREA OBERMAN, LLC
705 Easton Road
Willow Grove, PA 19090
edlaw@caryloberman.com
www.caryloberman.com
Phone: 215-830-5025
Fax: 215-830-5027

**Invoice submitted to:**

Michael Davis, Esquire
**SCHOOL DISTRICT OF PHILADELPHIA**
440 N. Broad Street
Philadelphia, PA 19130

August 25, 2014

**In Reference To:** *A▮▮▮▮▮▮▮ K▮▮▮▮*, *School District of Philadelphia*

Billing for Professional Services Through 8-22-14

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 4/05/2013 - | LYB | Client Appointment | 1.50<br>350.00/hr | 525.00 |
| 6/12/2013 - | LYB | Telephone Conference call with RK and KM regarding next steps | 0.40<br>350.00/hr | 140.00 |
| - | LYB | Reviewed e-mails (3) from RK and KM regarding update of where they are, copies of IEPs and questions discussed during conference call. | 0.30<br>350.00/hr | 105.00 |
| - | LYB | E-mails to Rob in response to e-mail and need to share MR's report with SD | 0.20<br>350.00/hr | 70.00 |
| 8/6/2013 - | LYB | Reviewed e-mails from KM regarding SD's lack of follow-up on IEP development. called KM to discuss next steps. E-mailed KM regarding need to send a 10-day letter. | 0.50<br>350.00/hr | 175.00 |
| 8/13/2013 - | LYB | Reviewed and responded to e-mail from KM regarding status of SDP response. | 0.20<br>350.00/hr | 70.00 |
| 8/15/2013 - | LYB | Drafted 10-day notice letter to District and e-mailed it to KM and RK. | 0.20<br>350.00/hr | 70.00 |

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/13/2013 - | | LYB | Reviewed e-mails from RK and KM regarding IEP and NOREP response and transition reports. | 0.90<br>350.00/hr | 315.00 |
| | - | LYB | Telephone Conference call with RK and KM regarding response to the IEP and NOREP | 0.70<br>350.00/hr | 245.00 |
| 9/15/2013 - | | LYB | Reviewed e-mail from KD regarding OT evaluation | 0.30<br>350.00/hr | 105.00 |
| | - | LYB | Reviewed and revised e-mail with attached draft IEP response letter | 0.40<br>350.00/hr | 140.00 |
| 9/18/2013 - | | LYB | Reviewed and responded to e-mails (2) from RK regarding next steps and follow-up questions on deadlines and records. | 0.30<br>350.00/hr | 105.00 |
| 9/30/2013 - | | LYB | Telephone call from RK regarding retainer and records to be sent. | 0.20<br>350.00/hr | 70.00 |
| 10/2/2013 - | | LYB | Returned RK's call and Reviewed and responded to e-mail from KM regarding IEP meeting and PTE instructions. | 0.20<br>350.00/hr | 70.00 |
| | - | LYB | Reviewed e-mail from RK with points on SB response letter. Called RK to discuss response and meeting. | 0.60<br>350.00/hr | 210.00 |
| 10/2/2013 - | | LYB | Reviewed e-mail with SB letter | 0.20<br>350.00/hr | 70.00 |
| 10/3/2013 - | | LYB | Reviewed Documents and/or Files in preparation for Demand Letter | 1.70<br>350.00/hr | 595.00 |
| 10/4/2013 - | | LYB | Reviewed, revised and responded to e-mails (11) regarding records and response to SB's letter, PTE and private evaluations. | 1.10<br>350.00/hr | 385.00 |
| 10/4/2013 - | | LYB | Drafted Demand Letter and e-mailed to RK and KM for their review and approval. | 0.90<br>350.00/hr | 315.00 |

███████████, *School District of Philadelphia*
Fee Demand
_____

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 10/7/2013 - | LYB | Reviewed, revised and responded to e-mails (10) from KR and KM regarding changes to the Demand Letter and revisions. Telephone calls from RK and KM regarding remedy questions. | 1.90<br>350.00/hr | 665.00 |
| 10/8/2013 - | LYB | Telephone Conference call with RK and KM regarding meeting | 0.50<br>350.00/hr | 175.00 |
| - | LYB | Prepare for Meeting | 0.50<br>350.00/hr | 175.00 |
| 10/9/2013 - | LYB | IEP Meeting | 2.20<br>350.00/hr | NO CHARGE |
| 10/10/2013- | LYB | Drafted Index of exhibits | 0.70<br>350.00/hr | 245.00 |
| 10/10/2013- | LYB | Letter to RK and KM DPH prep letter | 0.90<br>350.00/hr | 315.00 |
| 10/11/2013- | LYB | Reviewed e-mail from ODR, HM and RK regarding hearing and status of records. | 0.30<br>350.00/hr | 105.00 |
| 10/21/2013- | LYB | Prepare for Meeting | 0.60<br>350.00/hr | 210.00 |
| 10/22/2013- | LYB | IEP and Resolution Meeting at Henry E.S. and meeting with parents and KJD | 1.80<br>350.00/hr | NO CHARGE |
| 10/23/2013- | LYB | Consult with CAO regarding tuition contract with ASUA. | 0.20<br>350.00/hr | 70.00 |
| - | LYB | Telephone calls to KJD and RK regarding tuition contract | 0.30<br>350.00/hr | 105.00 |
| 10/23/2013- | LYB | Reviewed additional records from ASUA | 1.60<br>350.00/hr | 560.00 |
| 11/1/2013 - | LYB | Reviewed and prepared response to motion to dismiss | 1.50<br>350.00/hr | 525.00 |

3

██████████, *School District of Philadelphia*
Fee Demand
_____

| Date | | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| 11/1/2013 | - | LYB | Reviewed and responded to e-mails from RK regarding tuition contract and date on NOREP. Called RK to discuss same. | 0.40 350.00/hr | 140.00 |
| 11/6/2013 | - | LYB | Reviewed e-mails from HM regarding records request. Call from RK regarding same. | 0.50 350.00/hr | 175.00 |
| | - | LYB | Reviewed and responded to e-mail from KD regarding request for records. | 0.20 350.00/hr | 70.00 |
| 11/7/2013 | - | LYB | Reviewed and responded to e-mails from KM, RK and KD regarding request for correspondence from HM. | 0.20 350.00/hr | 70.00 |
| 11/12/2013 | - | LYB | Telephone call to RK and KM regarding Henry observation. | 0.30 350.00/hr | 105.00 |
| | - | LYB | Reviewed and responded to e-mails from RK and KM | 0.40 350.00/hr | 140.00 |
| | - | LYB | Reviewed Documents and/or Files in preparation for 5-day letter. | 2.10 350.00/hr | 735.00 |
| 11/14/2013 | - | LYB | First contact letters to Dr. Robins, J. Seligson and R. Giuliano regarding due process hearing and Willingness to testify. | 0.90 350.00/hr | 315.00 |
| 11/19/2013 | - | LYB | Reviewed e-mails from HM, HO, RK and HR regarding DPH dates. | 0.30 350.00/hr | 105.00 |
| | - | LYB | Telephone call to RK regarding availability after 1-23-14, next steps, outstanding things in preparation for DPH, witnesses and documents. | 0.40 350.00/hr | 140.00 |
| 11/21/2013 | - | LYB | Telephone call to Dr. Robins regarding her willingness to observe ASUA, testifying at DPH and availability. | 0.50 350.00/hr | 170.00 |
| | - | LYB | Reviewed e-mail from Dr. Robins to Parents confirming our conversation and requesting to meet at ASUA | 0.30 350.00/hr | 105.00 |

|            |     |                                                                                                   | Hrs/Rate         | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------|------------------|----------|
| 11/22/2013- | LYB | Telephone call to JS regarding first contact and witness prep.                                    | 0.50<br>350.00/hr | 170.00   |
| 11/22/2013 - | LYB | Letter to JS regarding confirmation of testimony                                                 | 0.20<br>350.00/hr | 70.00    |
| 12/4/2013 -  | LYB | Telephone call from RG re: witness prep                                                          | 0.20<br>350.00/hr | 70.00    |
| -            | LYB | Letter to RR re: confirmation of testimony and witness prep                                      | 0.20<br>350.00/hr | 70.00    |
| 12/4/2013 -  | LYB | Telephone call from RK regarding SLP witness                                                     | 0.40<br>350.00/hr | 140.00   |
| -            | LYB | E-mail to R. Giuliano re: recommendation for speech and language therapy                         | 0.20<br>350.00/hr | 70.00    |
| 12/5/2013 -  | LYB | Telephone call from RG regarding speech and language needs.                                      | 0.30<br>350.00/hr | 105.00   |
| 12/9/2013 -  | LYB | Telephone call from RK and KM regarding availability for meeting                                 | 0.20<br>350.00/hr | 70.00    |
| -            | LYB | Reviewed e-mail from HM regarding Invitation to Participate and advised Parents on response.     | 0.40<br>350.00/hr | 140.00   |
| -            | LYB | Reviewed and responded to e-mail from HM; and reviewed attached IEP, NOREP, AT evaluation report and RR | 1.60<br>350.00/hr | 560.00   |
| 12/16/2013- | LYB | Witness Preparation with Dr. Donohue and Ms. Hamner at a ASUA                                    | 2.90<br>350.00/hr | 1,015.00 |
| -            | LYB | Travel to/from ASUA                                                                              | 0.40<br>350.00/hr | 140.00   |
| 12/17/2013- | LYB | Telephone call from RK and KM regarding ASUA and request for subpoena by District                | 0.60<br>350.00/hr | 210.00   |

|            |     |                                                                                  | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------|-----------------|--------|
| 12/18/2013-| LYB | Reviewed e-mails from RK and KM regarding IEP response and observation of classroom. | 0.40<br>350.00/hr | 140.00 |
| 12/19/2013-| LYB | Reviewed e-mails from RK regarding response to IEP | 0.40<br>350.00/hr | 140.00 |
| -          | LYB | Telephone call from RK regarding questions on IEP response letter | 0.20<br>350.00/hr | 70.00 |
| 12/19/2013-| LYB | Reviewed and revised e-mail from RK with attached summary of observations from KD. | 0.20<br>350.00/hr | 70.00 |
| -          | LYB | Reviewed psych consult by MR. E-mail to RK and KM. | 0.40<br>350.00/hr | 140.00 |
| -          | LYB | Reviewed e-mails to/from RK and KD | 0.40<br>350.00/hr | 140.00 |
| -          | LYB | Reviewed and revised IEP response letter | 0.50<br>350.00/hr | 175.00 |
| -          | LYB | Telephone call from RK | 0.30<br>350.00/hr | 105.00 |
| 12/20/2013-| LYB | Reviewed e-mails to/from RK and KD | 0.60<br>350.00/hr | 210.00 |
| 12/20/2013-| LYB | Reviewed, revised and finalized IEP response letter from RK | 1.10<br>350.00/hr | 385.00 |
| 12/23/2013-| LYB | Revised and updated the 5-day disclosure letter and Index of exhibits | 1.90<br>350.00/hr | 665.00 |
| 12/27/2013-| MTS | Prepare exhibits for Due Process Hearing | 1.50<br>120.00/hr | 180.00 |
| -          | MTS | Prepare exhibits for Due Process Hearing | 1.00<br>120.00/hr | 120.00 |
| 12/30/2013-| HR  | Work with exhibits and forward to opposing counsel; communicate with client and opposing counsel | 1.50<br>90.00/hr | 135.00 |

███████████, *School District of Philadelphia*
Fee Demand
_____

|            |       |                                                                                                      | Hrs/Rate        | Amount   |
|------------|-------|------------------------------------------------------------------------------------------------------|-----------------|----------|
| 12/31/2013-| MO    | Prepare exhibits for Due Process Hearing                                                             | 2.50 60.00/hr   | 150.00   |
| 1/2/2014 - | HR    | Assist with DPH exhibits                                                                             | 0.80 90.00/hr   | 72.00    |
| -          | LYB   | Witness Preparation, RK and KM                                                                       | 4.00 350.00/hr  | 1,400.00 |
| -          | LYB   | Document Review in preparation for DPH                                                               | 2.30 350.00/hr  | 805.00   |
| 1/4/2014 - | LYB   | Reviewed reports and drafted outline in preparation for DPH for KD                                   | 2.80 350.00/hr  | 980.00   |
| -          | LYB   | Reviewed reports and drafted outline in preparation for DPH for MH                                   | 1.60 350.00/hr  | 560.00   |
| 1/6/2014 - | HR    | Assist with finalizing exhibit binders                                                               | 1.50 90.00/hr   | 135.00   |
| 1/6/2014 - | MTS   | Prepare for Due Process Hearing - finalize exhibit books, arrange for courier, deliver books to opposing counsel | 1.30 120.00/hr  | 156.00   |
| -          | LYB   | Witness Preparation, Dr. Donohue                                                                     | 0.80 350.00/hr  | 280.00   |
| -          | LYB   | Prepare for Due Process Hearing                                                                      | 4.00 350.00/hr  | 1,400.00 |
| 1/7/2014 - | LYB   | Due Process Hearing #1                                                                               | 3.90 350.00/hr  | 1,365.00 |
| –          | LYB   | Travel to/from DPH #1 in Philadelphia                                                                | 1.60 350.00/hr  | 280.00   |
| 1/8/2014 - | LYB   | Drafted cross-referenced table of parents' exhibits and District exhibits                            | 0.70 350.00/hr  | 245.00   |
| 1/8/2014 - | LYB   | Reviewed and responded to e-mails from RK and KM regarding first day of hearing.                     | 0.40 350.00/hr  | 140.00   |

|  |  |  | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|---|
| 1/8/2014 | - | LYB | E-mail to witnesses regarding status of DPH | 0.20<br>350.00/hr | 70.00 |
|  | - | LYB | Reviewed and responded to multiple e-mails to/from RK and KM regarding request for additional records from District, witnesses and amendment to 5-day letter. | 0.60<br>350.00/hr | 210.00 |
|  | - | HR | Continued cross-reference Parent and District DPH flag discrepancies; corrected indices; update table; page through and compare District documents in preparation for DPH | 1.40<br>90.00/hr | 126.00 |
| 1/9/2014 | - | HR | Continued cross-reference Parent and District DPH exhibits; flag discrepancies; update table; page through and compare District documents | 0.50<br>90.00/hr | 45.00 |
| 1/10/2014 | - | HR | Continued cross-reference Parent and District DPH exhibits; update table; page through and compare District documents; e-mail table to client; scan and e-mail list of questions to client | 1.70<br>90.00/hr | 153.00 |
| 1/13/2014 | - | LYB | KM appointment regarding her testimony, Ross' testimony, opening of the private school, and RK's readiness to testify, | 0.40<br>350.00/hr | 140.00 |
|  | - | HR | Process additional DPH exhibits for binders; update index | 0.70<br>90.00/hr | 63.00 |
| 1/14/2014 | - | LYB | Telephone call from RK regarding testimony the next day | 1.50<br>350.00/hr | 525.00 |
| 1/15/2014 | - | LYB | Due Process Hearing #2 | 4.00<br>350.00/hr | 1,400.00 |
| 1/15/2014 | - | LYB | Travel to/from DPH #2 in Philadelphia | 0.80<br>350.00/hr | 280.00 |
| 1/17/2014 | - | LYB | Telephone call from Dr. Robins | 0.20<br>325.00/hr | 65.00 |

|  |  |  | | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|---|
| 1/17/2014 - | HR | Compared SD DPH exhibits to Parent exhibits; noted errors with SD exhibits; updated cross-reference table | | 2.70<br>90.00/hr | 243.00 |
| 1/17/2014 - | LYB | Review of multiple e-mails. Telephone call to RK in response to concerns in e-mails. | | 0.40<br>350.00/hr | 140.00 |
| - | LYB | Telephone call to KM regarding motion to dismiss | | 0.20<br>350.00/hr | 70.00 |
| 1/20/2014 - | LYB | Reviewed District's Motion to Dismiss, reviewed records and research | | 1.70<br>350.00/hr | 595.00 |
| - | LYB | Drafted Parent Response to MTD and e-mailed to RK and KM | | 2.90<br>350.00/hr | 1,015.00 |
| 1/21/2014 - | LYB | Reviewed e-mails from RK and KM regarding changes to MTD response | | 0.30<br>350.00/hr | 105.00 |
| 1/21/2014 - | LYB | Revised response to MTD and e-mailed to hearing officer and HM | | 2.10<br>350.00/hr | 735.00 |
| - | HR | E-mailed Parents' MTD to client; updated index to DPH exhibits; processed/copied new exhibits | | 0.70<br>90.00/hr | 63.00 |
| 1/23/2014 - | LYB | Telephone call from KD regarding follow-up questions on hearing issues. | | 0.30<br>350.00/hr | 105.00 |
| 1/24/2014 - | LYB | Due Process Hearing #3 | | 4.00<br>350.00/hr | 1,400.00 |
| 1/24/2014 - | LYB | Travel to/from DPH #3 in Philadelphia | | 0.80<br>350.00/hr | 280.00 |
| 2/11/2014 - | LYB | Reviewed and responded to e-mails from KD and RK regarding ASUA observation by SD | | 0.40<br>350.00/hr | 140.00 |
| 2/13/2014 - | LYB | Reviewed e-mails to/from HM and KD regarding rescheduling of ASUA observation | | 0.20<br>350.00/hr | 70.00 |
| 2/19/2014 - | LYB | Reviewed e-mails to/from HM, HO, KM and RK regarding dates for DPH and availaility | | 0.40<br>350.00/hr | 140.00 |

█████████████, *School District of Philadelphia*
Fee Demand
_____

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---:|---:|
| 2/20/2014 - | LYB | Prepared for Due Process Hearing | 2.60<br>350.00/hr | 910.00 |
| 2/21/2014 - | LYB | Due Process Hearing #4 | 4.00<br>350.00/hr | 1,400.00 |
| - | LYB | Travel to/from DPH #4 in Philadelphia | 0.80<br>350.00/hr | 280.00 |
| - | LYB | Post hearing meeting with clients to answer questions regarding hearing. | 0.70<br>350.00/hr | 245.00 |
| 2/22/2014 - | LYB | E-mail to KM and RK regarding reminders of SD record request and hearing binder | 0.50<br>350.00/hr | 175.00 |
| 2/23/2014 - | LYB | Reviewed and responded to e-mails from JS regarding testimony on 2-26-14, including review of records. | 1.90<br>350.00/hr | 665.00 |
| - | LYB | Reviewed and responded to e-mails to/from KM regarding questions after DPH #4, record request by SD and next steps. | 0.50<br>350.00/hr | 175.00 |
| 2/24/2014 - | LYB | Witness Preparation with JS | 1.00<br>350.00/hr | 350.00 |
| - | HR | Scan and e-mail ASUA documents to HM | 1.00<br>90.00/hr | 90.00 |
| 2/25/2014 - | MTS | Prepare exhibit for DPH | 0.20<br>120.00/hr | 24.00 |
| 2/25/2014 - | LYB | Prepare for Due Process Hearing #5 | 1.60<br>350.00/hr | 560.00 |
| 2/26/2014 - | LYB | Due Process Hearing #5 | 4.50<br>350.00/hr | 1,575.00 |
| - | LYB | Travel to/from DPH #5in Philadelphia | 0.80<br>350.00/hr | 280.00 |

|  |  | **Hrs/Rate** | **Amount** |
|---|---|---:|---:|
| 2/26/2014 - LYB | Post DPH meeting with clients | 0.60<br>350.00/hr | 210.00 |
| 2/27/2014 - LYB | Reviewed and responded to e-mails to/from. MR with documents for her view in preparation of her testimony. | 0.40<br>350.00/hr | 140.00 |
| 3/3/2014 - LYB | Reviewed and responded to e-mails to/from RK, and KM regarding additional District Exhibit, request by the District regarding licensing by the Department of Education. | 0.40<br>350.00/hr | 140.00 |
| 3/4/2014 MTS | Prepared exhibits for Due Process Hearing #6 | 0.20<br>120.00/hr | 24.00 |
| 3/7/2014 - LYB | Due Process Hearing #6 | 3.95<br>350.00/hr | 1,382.50 |
| - LYB | Travel to/from DPH #6 in Philadelphia | 0.80<br>350.00/hr | 280.00 |
| - LYB | Post hearing meeting with clients | 0.90<br>350.00/hr | 315.00 |
| 3/13/2014 - LYB | Reviewed hearing notes, sections of transcript, and relevant exhibits in preparation for KM's testimony and developed outline. | 2.20<br>350.00/hr | 770.00 |
| - LYB | Reviewed e-mails to/from RK and KM regarding ASUA observation by District, document request by District and District witnesses for next hearing sessions. | 0.40<br>350.00/hr | 140.00 |
| 3/14/2014 - LYB | Reviewed Licensing application binder and e-mailed to HM | 0.70<br>350.00/hr | 245.00 |
| 3/17/2014 - HR | Scanned client documents for distribution to HM | 0.40<br>90.00/hr | 36.00 |
| - LYB | Witness prep, KM | 5.50<br>350.00/hr | 1,925.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/18/2014 - | LYB | Revised list of questions for KM and responded to e-mail from KM | 1.60<br>350.00/hr | 560.00 |
| 3/19/2014 - | LYB | Telephone call from Dr. Robins regarding observation at Henry | 0.20<br>350.00/hr | 70.00 |
| - | LYB | E-mails (2) to Dr. Robins with requested documents to review in preparation for her testimony and response to questions raised during telephone call. | 0.50<br>350.00/hr | 175.00 |
| 3/20/2014 - | LYB | Due Process Hearing #7, including after hearing discussion off the record regarding subsequent hearing dates. | 4.25<br>350.00/hr | 1,487.50 |
| - | LYB | Travel to/from Philadelphia regarding DPH #7 | 0.80<br>350.00/hr | 280.00 |
| 3/25/2014 - | LYB | Witness Preparation, RG | 1.80<br>350.00/hr | 630.00 |
| - | LYB | Drafted summary of witness prep for RG | 1.50<br>350.00/hr | 525.00 |
| - | LYB | E-mail to RG regarding summary | 0.60<br>350.00/hr | 210.00 |
| 3/26/2014 - | HR | Additional Parent Exhibits for DPH #8 | 0.60<br>90.00/hr | 54.00 |
| 3/26/2014 - | LYB | Reviewed and responded to e-mails from KM and RG regarding speech and language evaluations. | 0.70<br>350.00/hr | 245.00 |
| - | LYB | Revised summary and e-mailed to RG | 1.80<br>350.00/hr | 630.00 |
| - | LYB | Telephone call to KM regarding recent e-mails from District and district speech and language evaluation report status. | 0.80<br>350.00/hr | 280.00 |

███████████, *School District of Philadelphia*
Fee Demand
_____

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 3/27/2014 - | LYB | Due Process Hearing #8 | 4.50<br>350.00/hr | 1,575.00 |
| 3/27/2014 - | LYB | Travel to/from DPH #8 in Philadelphia | 0.80<br>350.00/hr | 280.00 |
| 3/28/2014 - | LYB | Reviewed e-mails from KM and KD with questions regarding testimony and next steps in process. | 0.60<br>350.00/hr | 210.00 |
| 4/1/2014 - | LYB | E-mail to Dr. Robins regarding hearing | 0.20<br>350.00/hr | 70.00 |
| 4/4/2014 - | LYB | Due Process Hearing #9 | 4.40<br>350.00/hr | 1,540.00 |
| 4/4/2014 - | LYB | Travel to/from DPH #9 in Philadelphia | 0.80<br>350.00/hr | 280.00 |
| 4/14/2014 - | LYB | Reviewed e-mail with attached additional documents from HM. Forwarded to clients with advice. | 0.40<br>350.00/hr | 140.00 |
| 4/15/2014 - | LYB | Prepared for Hearing #10 | 1.60<br>350.00/hr | 560.00 |
| 4/16/2014 - | LYB | Due Process Hearing #10 | 4.00<br>350.00/hr | 1,400.00 |
| 4/16/2014 - | LYB | Travel to/from DPH #10 in Philadelphia | 0.80<br>350.00/hr | 280.00 |
| 4/21/2014 - | LYB | Telephone call to KM regarding District witness for next DPH | 0.30<br>350.00/hr | 105.00 |
| - | LYB | Prepare for Due Process Hearing #11 | 1.40<br>350.00/hr | 490.00 |
| 4/22/2014 - | LYB | Due Process Hearing #11 via telephone | 0.95<br>350.00/hr | 332.50 |

██████████, *School District of Philadelphia*
Fee Demand
_____

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 4/22/2014 - | LYB | Telephone call from RK regarding next steps and closing brief | 0.80<br>350.00/hr | 280.00 |
| 4/23/2014 - | LYB | Reviewed Exhibits in response to Hearing Officer's request to move them into evidence. | 0.90<br>350.00/hr | 315.00 |
| 4/23/2014 - | LYB | Revised cross reference chart | 0.70<br>350.00/hr | 245.00 |
| 4/28/2014 - | LYB | Reviewed DPH transcripts, Vol. I & II | 1.45<br>350.00/hr | 507.50 |
| 4/29/2014 - | LYB | Telephone call from HM regarding closing brief due date. E-mailed hearing officer with joint request. | 0.20<br>350.00/hr | 70.00 |
| 4/30/2014 - | HR | Organize additional DPH exhibits from School District | 0.40<br>90.00/hr | 36.00 |
| - | LYB | Reviewed DPH transcripts Vols. III & IV. | 1.85<br>350.00/hr | 647.50 |
| 5/12/2014 - | LYB | Reviewed DPH transcripts Vols. V & VI | 1.40<br>350.00/hr | 490.00 |
| 5/16/2014 - | LYB | E-mailed KM questions regarding reimbursement of services provided so far. | 0.40<br>350.00/hr | 140.00 |
| 5/28/2014 - | LYB | Reviewed DPH transcripts Vols. VII, A and B | 1.85<br>350.00/hr | 647.50 |
| 5/29/2014 - | LYB | Reviewed e-mails to/from KM and RK with questions regarding closing argument. | 0.50<br>350.00/hr | 175.00 |
| 5/30/2014 - | LYB | Research for closing brief. | 0.90<br>350.00/hr | 315.00 |
| 5/31/2014 - | LYB | Started drafting closing brief | 3.70<br>350.00/hr | 1,295.00 |

▇▇▇▇▇▇▇▇▇ *School District of Philadelphia*
Fee Demand
_____

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---:|---:|
| 6/2/2014 | - | LYB Drafting closing brief | 2.60<br>350.00/hr | 910.00 |
| 6/4/2014 | - | LYB Closing brief | 3.60<br>350.00/hr | 1,260.00 |
|  | - | LYB Reviewed e-mails to/from RK and KM regarding input on closing brief. | 1.60<br>350.00/hr | 560.00 |
| 6/5/2014 | - | LYB Closing brief | 2.40<br>350.00/hr | 840.00 |
| 6/5/2014 | - | LYB Reviewed and responded to e-mails to/from RK and KM regarding closing brief. | 1.30<br>350.00/hr | 455.00 |
| 6/6/2014 | - | LYB Revised and finalized closing brief. | 3.60<br>350.00/hr | 1,260.00 |
| 6/9/2014 | - | LYB Telephone call from KM and RK regarding District's closing brief. | 0.80<br>350.00/hr | 280.00 |
| 6/19/2014 | - | LYB Reviewed and responded to e-mail from KM and RK | 0.40<br>350.00/hr | 140.00 |
| 6/20/2014 | - | LYB Telephone call from RK with questions | 0.40<br>350.00/hr | 140.00 |
| 7/6/2014 | - | LYB Reviewed Hearing Officer Decision | 0.40<br>350.00/hr | 140.00 |
| 7/7/2014 | - | LYB Telephone call from KM and RK regarding Hearing Officer Decision | 0.90<br>350.00/hr | 315.00 |
| 8/4/2014 | - | LYB Case closure | 2.00<br>350.00/hr | 700.00 |
| 8/22/2014 | - | MTS Prepare fee demand | 1.30<br>120.00/hr | 156.00 |
|  |  |  | **214.10** | **$69,243.13** |

**Additional Charges:**

| Date | | Description | Qty/Price | Amount |
|---|---|---|---|---|
| 10/9/2012 - | MTS | Mileage to attend IEP meeting at Henry Elementary School 18 miles @ $.56 per mile | 18<br>0.56 | 10.08 |
| 10/31/2013- | MTS | In house photocopying of 297 copies @ $.15 per copy | 297<br>0.15 | 44.55 |
| 11/30/2013- | LYB | In house photocopying of 142 copies @ $.15 per copy | 142<br>0.15 | 21.30 |
| 12/30/2013- | LYB | Postage to send documents | 1<br>5.80 | 5.80 |
| 12/31/2013- | MTS | In house photocopying of 5775 pages @ $.15 per page (exhibit books) | 5,775<br>0.15 | 866.25 |
| 1/3/2014 - | LYB | Courier fees to delivery documents to SD of P | 1<br>65.00 | 65.00 |
| 1/7/2014 - | LYB | ½ Mileage of 27 miles @ $.56 per mile = $15.12 and parking of $10.00 re: DPH #1 | 1 | 12.56 |
| 1/13/2014 - | HR | Color copying fees for exhibit books. | 1<br>7.95 | 7.95 |
| 1/15/2014 - | LYB | ½ Mileage of 27 miles @ $.56 per mile = $15.12 and parking of $7.00 regarding DPH #2 | 1<br>22.12 | 11.06 |
| 1/24/2014 - | LYB | ½ Mileage of 27 miles @ $.56 per mile = $15.12 and parking of $7.00 | 1<br>22.12 | 11.06 |
| 1/31/2014 - | LYB | In house photocopying of 65 c opies @ $.15 per copy | 65<br>0.15 | 9.75 |
| 2/21/2014 - | LYB | ½ Mileage of 27 miles @ $.56 per mile = $15.12; Parking of $7.00 | 1<br>22.12 | 11.06 |

██████████, *School District of Philadelphia*
Fee Demand
_____

| Date | | Description | | Amount |
|---|---|---|---|---|
| 2/26/2014 - | LYB | ½ Mileage of 27 miles @ $.56 per mile = $15.12; Parking of $7.00 regarding DPH #5 | 1 22.12 | 11.06 |
| 2/28/2014 - | LYB | In house photocopying of 368 copies @ $.15 per copy | 368 0.15 | 55.20 |
| 3/7/2014 - | LYB | ½ Mileage of 27 miles @ $.56 per mile + $15.12 and tolls of $7.00 regarding DPH #6 | 1 22.12 | 11.06 |
| 3/20/2014 - | LYB | ½ Mileage of 27 miles @ $.56 per mile + $15.12 and tolls of $7.00 regarding DPH #7 | 1 22.12 | 11.06 |
| 3/27/2014 - | LYB | ½ Mileage of 27 miles @ $.56 per mile + $15.12 and tolls of $7.00 regarding DPH #8 | 1 22.12 | 11.06 |
| 3/31/2014 - | LYB | In house photocopying of 232 copies @ $.15 per copy | 232 0.15 | 34.80 |
| 4/4/2014 - | LYB | ½ Travel to DPH #9 Mileage of 27 miles @ $.56 per mile = $15.12 and parking of $7.00 | 1 22.12 | 11.06 |
| 4/16/2014 - | LYB | ½ Travel to DPH #10 Mileage of 27 miles @ $.56 per mile = $15.12 and parking of $7.00 | 1 22.12 | 11.06 |
| 4/30/2014 - | LYB | In house photocopying of 368 copies @ $.15 per copy | 368 0.15 | 55.20 |
| 6/30/2014 - | MTS | In house photocopying of 261 copies @ $.15 per copy | 261 0.15 | 39.15 |
| | | Total costs | | $1,327.13 |
| **Total hours, fees and additional costs** | | | **214.10** | **$70,570.26** |