IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| ROBERT KIRSCH, and KAREN MISHER, Parents of A.K., a Minor | : : : : | No. 14-4910 |
| Defendants | : | |

## NOTICE OF APPEAL

Notice is hereby given that The School District of Philadelphia, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from: (1) the final judgment in defendants' favor and against plaintiff, entered in this action on June 1, 2016 (ECF Nos. 46 and 47); and (2) the Order denying in part plaintiff's Motion to Dismiss defendants' counterclaims or, in the alternative for summary judgment, and denying plaintiff's cross-motion for judgment on the administrative record, entered in this action on November 30, 2015 (ECF Nos. 29 and 30).

Date:   June 28, 2016

s/Miles H. Shore
Miles H. Shore
Pa. Identification No.  03274
440 North Broad Street, Suite 313
Philadelphia, PA 19130
215-400-5162
215-400-4121 (Fax)
mhshore@philasd.org

Attorney for Defendant
The School District of Philadelphia

**CERTIFICATE OF SERVICE**

      I hereby certify that the attached Notice of Appeal is being filed electronically on June 28, 2016 and is available for viewing and downloading from the ECF system and that the attorneys listed below have consented to electronic service:

      Judith A. Gran, Esquire
      Catherine Merino Reisman, Esquire
      Reisman Carolla Gran LLP
      19 Chestnut Street
      Haddonfield, NJ 08033-1810

      Caryl Andrea Oberman, Esquire
      Liliana Yazno-Bartle, Esquire
      705 Easton Road
      Willow Grove, PA 19090

      *Attorneys for Defendants*

      s/Miles H. Shore
      Miles H. Shore

      *Attorney for Plaintiff*