# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE SCHOOL DISTRICT OF PHILADELPHIA | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ROBERT KIRSCH, and KAREN MISHER, Parents of A.K., a Minor | : | No. 14-4910-TON |
| Defendants | : | |

_____

## NOTICE OF CROSS-APPEAL

Robert Kirsch and Karen Misher, on behalf of their minor child A.K., Defendants in this action, hereby appeal to the United States Court of Appeals for the Third Circuit from the following Orders of the District Court:: (1) the final judgment in the amount of $ 227,788.68 entered in this action on June 1, 2016 (ECF No. 47); and (2) the Order denying in part Defendants' cross-motion for judgment on the administrative record, entered in this action on November 30, 2015 (ECF No. 30), ¶¶ 1) a), 1) b) and 1) c), insofar as in those paragraphs of the Order the Court affirmed the Hearing Officer's decision that the District offered A.K.. a FAPE in December 2013; 2) b) and 2) c); and 3).

Respectfully submitted,

REISMAN CAROLLA GRAN LLP

/s/Judith A. Gran
PA ID No. 40134
<u>Catherine Merino Reisman</u>
PA ID No. 57473
19 Chestnut Street
Haddonfield NJ 08033-1810
t 856.354.0071
f 856.873.5640
judith@rcglawoffices.com
catherine@rcglawoffices.com

LAW OFFICES OF CARYL ANDREA OBERMAN
Caryl Andrea Oberman
PA ID No. 20434
Liliana Yazno-Bartle
PA ID No. 67953
705 Easton Road
Willow Grove PA 19090
t 215.830.5025
f 215.830.5017

June 30, 2016              edlaw@caryloberman.com

## CERTIFICATE OF SERVICE

I, Judith Gran, do hereby certify that on this 30th day of June, 2016, I caused the foregoing Notice of Cross-Appeal to be placed in the Court's Electronic Case Filing System, which will cause it automatically to be served on the following counsel of record:

Miles Shore, Esquire
School District of Philadelphia
440 North Broad Street, Room 313
Philadelphia, PA  19130


/s/Judith A. Gran
PA ID No. 40134
19 Chestnut Street
Haddonfield NJ 08033-1810
t 856.354.0071
f 856.873.5640
judith@rcglawoffices.com


Date: June 30, 2016