## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA, <br>     Plaintiff, | Civil Action |
| v. | No. 14-4910 |
| ROBERT KIRSCH and KAREN MISHER, <br> Parents of A.K., a Minor, <br>                     Defendants. | |
| SCHOOL DISTRICT OF PHILADELPHIA, <br>                   Plaintiff, | Civil Action |
| v. | No. 14-4911 |
| ROBERT KIRSCH and KAREN MISHER, <br> Parents of N.K., a Minor, <br>                     Defendants. | |

## DECLARATION OF ROBERT KIRSCH

I, Robert Kirsch, hereby depose and state as follows:

1.      I am the father of A.K. and N.K., twin boys with autism whose education is the subject of this action. A.K. and N.K. reside with me and their mother, Karen Misher, within the boundaries of the School District of Philadelphia. A.K. and N.K. attend A Step Up Academy, the school that the Hearing Officer in the administrative proceeding below found appropriate after the School District of Philadelphia failed to offer Individualized Education Programs for both children by the beginning of the 2013-14 school year.

2.      The invoices attached are true and correct copies of the invoices we have received from A Step Up Academy for the 2016-17 school year.

1

3.      Tuition for the two boys for the 2016-17 school year are $77,600.00 for A.K. and $77,600.00 for N.K. Of that, $ 45,000 per child is attributable to "basic tuition" as defined by the Hearing Officer and this Court.

4.      To preserve the boys' placement for the coming school year, A Step Up Academy requires an annual, irrevocable contracts for both students.  The cost of tuition is not prorated but must be paid in full for the entire school year.

5.      The first payment on the contracts of $46,560.00 for A.K. and $46,560.00 for N.K. were due on June 1, 2016.

6.      My wife and I have informed A Step Up Academy of our intent to continue A.K.'s and N.K.'s placement at that school and have signed the contracts agreeing to the terms of their attendance.

7.      A Step Up Academy agreed to accept $38,300.00 for A.K. and $38,300.00 for N.K. rather than the 60% due for the first installment. On August 19, 2016, my wife's parents remitted payment of $38,300.00 for A.K. and $38,300.00 for N.K.

8.      The balance of $39,300.00 for each twin is due on or before January 1, 2017. Of that amount, $13,400 is attributable to "basic tuition."

9.      I declare under penalty of perjury under the laws of the United States of America and pursuant to and subject to the penalties of 28 U.S.C. § 1746, relating to unsworn falsification to authorities, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 5 , 2016

_____
                                                  Robert Kirsch

 A STEP UP ACADEMY

520 Meetinghouse Road, Jenkintown, PA 19046  ▪  p. 215-885-1075  ▪  f. 215-885-1076  ▪  www.AStepUpAcademy.org

# STATEMENT
## as of 9/29/2016

Name: Karen Misher & Robert Kirsch

Address:

Phone number:

| | |
|---|---|
| ACCOUNT: A_____K____ | FULL TUITION: $77,600.00 |
| DATE OF BIRTH:_____ | PAYMENT PLAN: 60% due 6/1/16, 40% due 1/1/17 |

| Description: | Charges: | Payments: |
|---|---|---|
| 60% Tuition charge as per contract due 6/1/2016 | $46,560.00 | |
| Check number 6310 on 8/19/2016 | | $38,300.00 |
| 40% Tuition charge as per contract due on 1/1/2017 | $31,040.00 | |
| | **Total Current Balance: $39,300.00** | |



# A STEP UP ACADEMY

520 Meetinghouse Road, Jenkintown, PA 19046  ▪  p. 215-885-1075  ▪  f. 215-885-1076  ▪  www.AStepUpAcademy.org

# STATEMENT
## as of 9/29/2016

Name: Karen Misher & Robert Kirsch

Address:

Phone number

ACCOUNT: N_____K_____     FULL TUITION: $77,600.00

DATE OF BIRTH:_____     PAYMENT PLAN: 60% due 6/1/16, 40% due  1/1/17

| Description: | Charges: | Payments: |
|---|---|---|
| 60% Tuition charge as per contract due 6/1/2016 | $46,560.00 | |
| Check number 6310 on 8/19/2016 | | $38,300.00 |
| 40% Tuition charge as per contract due on 1/1/2017 | $31,040.00 | |
| | **Total Current Balance: $39,300.00** | |