IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA | : | CIVIL ACTION NO. 14-4910 |
| v. | : | |
| ROBERT KIRSCH and KAREN MISHER, Parents of A.K., a minor | : | |

| | | |
|---|---|---|
| SCHOOL DISTRICT OF PHILADELPHIA | : | CIVIL ACTION NO. 14-4911 |
| v. | : | |
| ROBERT KIRSCH and KAREN MISHER, Parents of N.K., a minor | : | |

## ORDER

AND NOW, this 11th day of January, 2017, upon consideration of the motions for attorney's fees and costs by defendants Robert Kirsch and Karen Misher, Civ. A. 14-4910, Dkt. No. 48; Civ. A. 14-4911, Dkt. No. 36, and the responses of plaintiff the School District of Philadelphia, Civ. A. 14-4910, Dkt. No. 57; Civ. A. 14-4911, Dkt. No. 45, and consistent with the accompanying memorandum of law, it is ORDERED that defendants' motions are GRANTED IN PART and defendants are awarded a total of $185,505.63 in attorneys' fees and $3,703.31 in costs to be apportioned as follows:  $105,199 in fees and $2,517.45 in costs for the Law Offices of Caryl Andrea Oberman and $80,306.63 in fees and $1,185.86 in costs for Reisman Carolla Gran, LLP.

s/Thomas N. O'Neill, Jr.<br>
THOMAS N. O'NEILL, JR., J.